IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-00503-CMA-KAS

**LINDA MACCAGNAN**,

Plaintiff,

v.

**CHERRY CREEK SCHOOL DISTRICT NO. 5, SCOTT SIEGFRIED, JENNIFER PERRY, BRENDA SMITH, KELLY BATES, ANNE EGAN, KAREN FISHER, ANGELA GARLAND, and JANICE MCDONALD**,

Defendants.

_____

**PLAINTIFF'S MOTION FOR LEAVE TO RESTRICT EXHIBITS IN HER RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**
_____

Pursuant to D.C.COLO.LCivR 7.2(c), Plaintiff, Linda Maccagnan, by and through her undersigned attorney, respectfully requests that two exhibits to her response to Defendants' summary judgement motion be restricted, and as grounds therefore states as follows:

1. Plaintiff requests leave to restrict Doc. #89-5 (Exhibit 65 to Plaintiff's Response to Defendants' Motion for Summary Judgment [Doc. #87]) to a Level 1 restriction.

   a. Doc. #89-5 is a two page medical record concerning Ms. Maccagnan submitted as an exhibit to Plaintiff's Response to Defendants' Motion for Summary Judgment [Doc. #87].

1

  b. The document is a physician-client communication and contains medical assessments and diagnoses by her personal physician.

  c. Public disclosure of the document would constitute a serious invasion of Ms. Maccagnan's medical privacy.

  d. Because the whole of the document contains personal medical information, there is no alternative to restricting the entire two pages.

  e. The document has been filed as restricted. Because the document is a confidential medical record, Plaintiff requests leave to restrict the document to a Level 1 restriction.

 2. Plaintiff requests leave to restrict Doc. #89-6 (Exhibit 66 to Plaintiff's Response to Defendants' Motion for Summary Judgment [Doc. #87]) to a Level 1 restriction.

  a. Doc. #89-6 is a two page medical note concerning Ms. Maccagnan submitted as an exhibit to Plaintiff's Response to Defendants' Motion for Summary Judgment [Doc. #87].

  b. The document is a physician-client communication and contains medical notes concerning Ms. Maccagnan.

  c. Public disclosure of the document would constitute a serious invasion of Ms. Maccagnan's medical privacy.

  d. Because the whole of the document contains personal medical information, there is no alternative to restricting the entire two pages.

      e.      The document has been filed as restricted. Because the document is a confidential medical record, Plaintiff requests leave to restrict the document to a Level 1 restriction.

3.      The undersigned has spoken to the attorney for the Defendants who reports that her clients do not oppose this motion.

**WHEREFORE** Plaintiff requests leave to restrict Doc. #89-5 and Doc. #89-6 to Level 1 restrictions.  Ms. Casados appreciates the Court's consideration of her motion.

Respectfully submitted this 24th day of August, 2023.

<u>*s/Patricia S, Bangert*</u>

Patricia S. Bangert, Attorney at Law, LLC
501 S. Cherry Street, Suite 1100
Denver, Colorado 80246
Phone: (303) 228-2175
(303) 947-5155 (cell)
Fax: (720) 728-1253
Email: trish@pbangertlaw.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of August, 2023 a correct copy of the foregoing "**PLAINTIFF'S MOTION FOR LEAVE TO RESTRICT EXHIBITS IN HER RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**" was filed and served via CM/ECF to the following:

Holly E. Ortiz
Brent Case
Semple, Farrington, Everall & Case, P.C.
1120 Lincoln Street, Suite 1308
Denver, CO 80203
(303) 595-0941
hortiz@semplelaw.com
bcase@semplelaw.com
*Attorneys for Defendants*


And emailed to Plaintiff, Linda Maccagnan.


*s/ Patricia S. Bangert*
_____
Patricia S. Bangert, Attorney at Law, LLC